IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

    Plaintiff,

v.

GREGORY GRAMS, MARC CLEMENTS,
DYLON RADTKE, BRIAN FRANSON,
LT. DAVIDSON, LT. KARNA, MARY FOSTER,
ANTHONY ASHWORTH,
C/O II DOBRZYNSKI, C/O BECK, JOSEPH
HARRIS, C/O II PULVER, CYNTHIA THORPE,
DR. STEVE SCHELLER, LORI ALSUM,
BARBARA DELAP, RYAN TOBIASZ and
DR. DALIA SULIENE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-736--wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing his claims against Dylon Radtke, Brian Franson, Lt. Davidson, Lt. Karna, Mary Foster, Anthony Ashworth, C/O II Dobrzynski, C/O Beck, C/O II Pulver and Ryan Tobiasz;

    (2) dismissing Dr. Steve Scheller without prejudice; and

    (3) granting Gregory Grams, Marc Clements, Joseph Harris, Cynthia Thorpe, Lori Alsum, Barbara DeLap and Dr. Dalia Suliene's motion to dismiss and dismissing this case for plaintiff's failure to comply with this court's March 31, 2015 order.

| /s/ | 4/16/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |