IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

            Plaintiff,

v.

GREGORY GRAMS, *et al.*,

            Defendants.

ORDER

11-cv-736-wmc

Plaintiff Harrison Franklin filed a civil action under 42 U.S.C. § 1983, alleging that he had been denied adequate medical and dental care while in custody of the Wisconsin Department of Corrections. On April 16, 2015, the court dismissed Franklin's complaint based on his failure to comply with an order directing him to execute an Authorization and Informed Consent for Use and Disclosure of Medical Information form (a medical release), authorizing disclosure of his medical records for the duration of this lawsuit. In that order, the court advised Franklin that it would consider reopening this case if he promptly submitted an appropriate signed copy of the medical release form provided by the defendants. Franklin has now filed a motion to reopen this case. He has not provided a signed copy of the medical release form as directed by the court, but states that he has provided one to counsel for the defendants. Defendants are directed to file a response to Franklin's pending motion, advising whether Franklin has complied with the court's order to authorize disclosure of his medical records for the duration of this lawsuit and, if so, whether they oppose re-opening this case.

ORDER

IT IS ORDERED that defendants shall within **ten days** of the date of this order file a response to Plaintiff Harrison Franklin's pending motion (dkt. # 88), advising whether

Franklin has complied with the court's order to authorize disclosure of his medical records for the duration of this lawsuit and, if so, whether they oppose re-opening this case.

Entered this 24th day of April, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge