IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
———————————————————————————————————————

HARRISON FRANKLIN,

    Plaintiff,

v.

GREGORY GRAMS, SGT. HARRIS,
MS. THORPE, DR. SCHELLER,
LORI ALSUM, BARBARA DELAP,
DR. SULIENE and MARC CLEMENTS,

    Defendants.

ORDER

11-cv-736-wmc

———————————————————————————————————————

On October 31, 2017, the court held a telephonic hearing to address the pending motion to withdraw as attorney (dkt. #143) and defendants' motion to dismiss with prejudice (dkt. #139), during which plaintiff Harrison Franklin representing himself *pro se*, plaintiff's former counsel David Blinka and Christopher Rogers, and defendants' counsel Assistant Attorney General Theresa Anzivino, all appeared. For the reasons discussed during the hearing,

ORDER

IT IS ORDERED that:

1. Plaintiff's Motion to Withdraw (dkt. #143) is GRANTED.

2. Defendants' Motion to Dismiss (dkt. #139) is GRANTED, and this lawsuit is hereby DISMISSED WITH PREJUDICE.

3. The clerk of court is DIRECTED to close this matter.

Entered this 31st day of October, 2017.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge