IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

    Plaintiff,

v.

GREGORY GRAMS, DYLAN RADTKE,
BRIAN FRANSON, LT. DAVIDSON,
LT. KARNA, MARY FOSTER, ANTHONY
ASHWORTH, CO II DOBRYZNSKI, CO
BECK, SGT. HARRIS, CO II PULVER,
MS. THORPE, DR. SCHELLER, LORI
ALSUM, BARBARA DELAP, RYAN TOBIASZ,
DR. SULIENE and MARC CLEMENTS,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-736-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Dylon Radtke, Brian Franson, Lt. Davidson, Lt. Karna, Mary Foster, Anthony Ashworth, CO II Dobryznski, CO Beck, CO II Pulver and Ryan Tobiasz;

(2) dismissing Dr. Scheller without prejudice; and

(3) granting defendants Gregory Grams, Sgt. Harris, Ms. Thorpe, Lori Alsum,

Barbara DeLap, Dr. Suliene and Marc Clements's motion to dismiss and dismissing this case with prejudice.

| /s/ | 11/1/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |